## OHIO SUPREME COURT—Continued

land to conform with the existing facts.

Attorneys—E. C. Stanton and H. E. Parsons for State ex; H. R. Cuyler for Zangerle; all of Cleveland.

## Weekly Report of
## NEW CASES DOCKETED

### INDEX OF CASES

Ambuhl v. Dymond .......................... 19817
Drury v. Stevens & Co....................... 19819
Greenburg v. Cleveland Bd. Ed............... 19813
Grube v. State .............................. 19820
Highway Const. Co. v. Biery ................. 19814
Hilles v. State ............................. 19816
Huff et v. Zeier et ......................... 19822
Kinsel v. Gross ............................. 19818
McGuire v. Talbott ......................... 19821
Moser v. Moser ............................. 19823
Short et v. Anderson ........................ 19812
State ex Crabbe v. Cleveland (City) .......... 19815
Van Soeten v. Clemens Purvis Oil & Gas Co.... 19824

The following is the most complete and accurate List of Cases Docketed in this Court.

It is the Only List in which cases are Indexed and Annotated by back references to the place where they have formerly appeared, thus giving their complete record.

#### MAY 10, 1926

19812—Barbara M. Short v. Wm. F. Anderson et. Motion for Pickaway Appeals to certify. J. P. Phillips, Chillicothe, for pltf; C. A. Hoopes, Marysville, E. A. Brown and M. Terwilliger, Circleville, for defts.

19813—Jennie Greenberg v. Cleveland (Bd. Ed.). Motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland for pltf; C. F. Shuler, Cleveland, for deft.

#### MAY 11, 1926

19814—Highway Construction Co. v. Charles S. Biery · Motion for Stark Appeals to certify. Hart & Koehler. Alliance, & Fauver & Cheney, Elyria, for pltf

19815—State of Ohio ex rel C. C. Crabbe, Atty. Ger. v. City of Cleveland; error to the Cuyahoga Appeals. C. C. Crabbe, A. H. Wicks, Columbus, and D. E. Green, I. J. Warner, Cleveland, for pltf; C. F. Shuler, J. F. Smith, Cleveland, for deft.

#### MAY 13, 1926

19816—William T. Hilles v. State of Ohio; motion for Hamilton Appeals to certify. Chas. B. Wilby and Clark Wilby, Cincinnati, for pltf; C. C. Crabbe, Columbus and C. W. Baker, Cincinnati, for deft.

#### MAY 14, 1926

19817—Carrie Ambuhl v. John Dymond; motion for Greene Appeals to certify. F. H. Dean, Xenia, for pltf; Marshall & Marshall, Xenia, for deft.

19818—Sledon Kinsel v. Jesse Gross; motion for Perry Appeals to certify. T. M. Potter, New Lexington, for pltf; E. C. Wagner, New Lexington, for deft.

19819—Simon L. Drury v. F. W. Stevens & Co. et. Motion for Hamilton Appeals to certify. Julius R. Samuels, Cincinnati, for pltf.

#### MAY 18, 1926

19820—Christ Grube v. State of Ohio; motion for Clark Appeals to certify. T. J. McCormich, Springfield, for pltf; W. F. Bevitt, Springfield, for deft.

19821—Minnie McGuire v. Lotta R. Talbott; motion for Cuyahoga Appeals to certify. Irwin Greenberg, Cleveland, for pltf; J. R. Kistner, Cleveland, for deft. et.

19822—Mary J. Huff et v. John H. Zeier et; motion for Franklin Appeals to certify. Saffin, Sandles & Reed, and O. W. Newman, Columbus, for pltf; Hogan, Hogan, & Hogan and N. J. Weisend, Columbus, for defts.

19823—Bertha A. Moser v. Ernest H. Moser et; motion for Wood Appeals to certify. B. F. James, Bowling Green, for pltf; S. W. Bowman, Bowling Green, for defts.

19824—A. C. Van Soeten v. Clemens Purvis Oil & Gas Co; motion for Hancock Appeals to certify. Arline & Pendleton, Findlay, for pltf; Blackford & Blackford, Findlay, for deft.

## PROCEEDINGS OF
## SUPREME COURT

### PROCEEDINGS

### TUESDAY, MAY 18, 1926

### INDEX OF CASES

#### GENERAL DOCKET

Coney Island Mot. Bus Cor. v. Pub. Util. Comm. 19511
Madisonville Bus. Cor. v. Pub. Util. Comm.... 19512
State ex Nolan v. Brown ..................... 19330
State ex Goebel et v. Brown ................. 19673
State ex Carson et v. Stock Bd. Ed........... 19513

#### MOTION DOCKET

Chic. Pneumatic Tool Co. v. Nat. Dist. Co..... 18873
Howard v. Cent. Nat. Bk.................... 19747
Hulings, Est. In Re......................... 19748
Indust. Comm. v. Warren ................... 19718
Newkirk v. Republic Bk. Co................. 19723
Scott v. Dewland ......................... 19693
Soyco Mill Co. v. Wolf Co................... 19860
State ex Goebel v. Brown ................... 19673

#### NEW CASES DOCKETED
#### GENERAL DOCKET
#### TUESDAY, MAY 18, 1926

19330—State of Ohio, ex rel. John F. Nolan v. Thad H. Brown, State Supervisor of Elections. In Mandamus. Writ denied. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-15-25; 3 Abs. 546; OS. 675.

19511—Coney Island Motor Bus Corporation v. Public Utilities Commission; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 12-22-25; 4 Abs. 24.

19512—Madisonville Motor Bus Corporation v. Public Utilities Commission; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 12-22-25; 4 Abs. 24.

19513—State, ex rel. W. J. Carson et. v. Board of Education of Stock Township; error to the Court of Appeals of Harrison county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-24126; 4 Abs. 24.